## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 19-10109-PBS |
| MUHAMAD SIYAB KHAN, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

**REPORT IN LIEU OF INITIAL STATUS CONFERENCE**
**PURSUANT TO LOCAL RULE 116.5 (a)**

**May 14, 2019**

Hennessy, M.J.

Defendant is charged in an indictment with one count of Conspiracy to Defraud the United States, in violation of 18 U.S.C. § 371, and two counts of Aiding and Assisting in the Preparation of a False and Fraudulent Tax Return, in violation of 26 U.S.C. § 7206(2). Defendant was arraigned on April 3, 2019. I scheduled an Initial Status Conference for May 16, 2019 in Boston. However, prior to the conference, counsel filed a joint memorandum that obviates the need for the conference. On the basis of the memorandum, I cancel the status conference and report as follows:

**Local Rule 116.5(a)(1) through (4)**

The United States reports that, with the exception of one item of discovery, automatic discovery has been produced. There are no pending discovery requests. Defendant needs additional time to review discovery to determine whether to serve discovery requests. Defendant is directed to serve any discovery requests on or before July 9, 2019. On April 8, 2019, the court entered a protective order.

**Local Rule 116.5(a)(5)**

Defendant is directed to report at the Interim Status Conference whether, based on a review of discovery, he will file pretrial motions pursuant to Fed.R.Crim. P. 12(b).

**Local Rule 116.5(a)(6)**

The parties request that the government's expert disclosures, if any, be due forty-five (45) days before trial, and that Defendant's expert disclosures, if any, be due thirty (30) days before trial. I allow that request.

**Local Rule 116.5(a)(7)**

I have excluded the period from April 3, 2019 (the date of Defendant's arraignment), through May 16, 2019 (the date of the Initial Status Conference). The parties further agree that the period from May 16, 2019 through the Interim Status Conference that I have set for July 10, 2019 should be excluded under the interest of justice provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). I will allow that request and enter a separate written order. It appears that no days are chargeable against the statutory speedy trial clock. See Order of Excludable Delay entered on this date.

**Local Rule 116.5(a)(8)**

An Interim Status Conference will take place in this case on Wednesday, July 10, 2019 at 10:30 a.m., in Courtroom #16, Fifth Floor, Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts. If the parties file a joint memorandum that addresses Local Rule 116.5(b) which obviates the need for the status conference, the Court will waive the status conference. Counsel are invited to appear by telephone if that is more convenient. If any counsel wishes to appear by telephone, counsel is to contact Lisa Belpedio before the conference and provide her with a landline telephone number at which counsel can be reached. The parties are to address in the

memorandum or at the interim status conference when they expect this matter can be returned to Chief Judge Saris.

                                                                              */s/ David H. Hennessy*
                                                                              David H. Hennessy
                                                                              United States Magistrate Judge